FILED
2026 Apr-02 PM 12:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| **ARCADIAN SERVICES, LLC,** | ) | **Summons** |
|  | ) | **(Issued pursuant to Rule 4 of** |
|  | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
|  | ) | **law.)** |
| **v.** | ) |  |
|  | ) | **CIVIL ACTION CASE NUMBER:** |
|  | ) | **3:26-cv-00555-LCB** |
| **MICHAEL D. GORDON and MDG** | ) |  |
| **CAB HOLDINGS, LLC,** | ) |  |
| Defendant. | ) |  |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   **MDG CAB Holdings, LLC**
   **c/o Michael D. Gordon, Registered Agent**
   **10867 East 167th Place**
   **Brighton, CO 80602**

NOTE: A separate summons must be
         prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   **Scott B. Smith**
   **Hunter W. Pearce**
   **Bradley Arant Boult Cummings LLP.**
   **200 Clinton Avenue West, Ste. 900**
   **Huntsville, AL 35801-4900**

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 4/2/26

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By:

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, AL 35801

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I

served this summons together with the complaint as follows:

☐        By personal service on the defendant at

☐        By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

☐        By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.*

_____        _____

*Date*                     *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                     $ _____

                 Expenses: _____ miles @ _____ cents   $ _____

                                           TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ARCADIAN SERVICES, LLC,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| | ) | **3:26-cv-00555-LCB** |
| **MICHAEL D. GORDON and MDG** | ) | |
| **CAB HOLDINGS, LLC,** | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
   **Michael D. Gordon**
   **10867 East 167th Place**
   **Brighton, CO 80602**

NOTE: A separate summons must be
   prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   **Scott B. Smith**
   **Hunter W. Pearce**
   **Bradley Arant Boult Cummings LLP**
   **200 Clinton Avenue West, Ste. 900**
   **Huntsville, AL 35801-4900**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 4|2|26

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, AL 35801

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____ , _____ , I

served this summons together with the complaint as follows:

☐        By personal service on the defendant at

☐        By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

☐        By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.*

_____         _____
           *Date*                        *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                             $
                 Expenses: _____ miles @ _____ cents     $_____

                                          TOTAL $